La'Ron **MARSHALL**, Plaintiff— Appellant,

v.

Harley **LAPPIN**, Director of the BOP; **K.M. White**, Mid–Atlantic Regional Dir.; **James Cross**, Warden USP Hazelton; **Debbie Lohr**, DHO Official of USP–Hazelton; **Constance Reese**, Warden FCI Talladega, Defendants– Appellees.

No. 11–6288.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2011.

Decided: Nov. 29, 2011.

La'Ron Marshall, Appellant Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

La'Ron Marshall appeals the district court's orders: accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971); and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Marshall v. Lappin,* No. 2:10–cv–00003– JPB–DJJ, 2010 WL 5418929 (N.D. W. Va. Dec. 23, 2010); (Feb. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*